IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CR-302-D
No. 5:24-CV-528-D

| | | |
|---|---|---|
| TERRELL MCDOWELL, Petitioner, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, Respondent. | ) | |

The court DENIES respondent's motion to dismiss [D.E. 56]. The court DIRECTS United States Magistrate Judge Jones to hold an evidentiary hearing on petitioner's claim that his defense counsel failed to file a notice of appeal as instructed. See [D.E. 49] 4. The court requests Judge Jones to assess petitioner's credibility at the hearing. If Judge Jones determines that petitioner committed perjury at the hearing concerning his discussions with his lawyer about an appeal, the memorandum and recommendation should so state. See, e.g., Hunter v. United States, No. 5:21-CR-407, No. 7:13-CR-101, No. 7:26-CV-175, 2026 WL 1787490, at *4 (E.D.N.C. June 22, 2026) (unpublished); Castrejon v. United States, No. 5:19-CR-111, No. 5:21-CV-493, 2022 WL 4099458, at *3 (E.D.N.C. Sept. 7, 2022) (unpublished).

SO ORDERED. This 11 day of September, 2026.

JAMES C. DEVER III
United States District Judge